# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **PAUL THOMAS ANTON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case Number:** |
| ) | **5:11-cv-2619-KOB** |
| **NATIONSTAR MORTGAGE, LLC,** ) | |
| **et al.,** ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION AND ORDER

This matter comes before the court on "Plaintiffs' Objections to Magistrate's Findings and Recommendations and Motion to [*sic*]." (Doc. 19). In this action removed from state court, Plaintiffs Paul Thomas Anton and Theresa Diane Morell-Anton bring claims against Nationstar Mortgage, LLC; Mortgage Electronic Registration Systems, Inc. ("MERS"); Homecomings Financial, LLC f/k/a Homecomings Financial Network, Inc.; and GMAC Mortgage, LLC (collectively "Defendants"). Defendants GMAC and Homecomings have filed a motion to dismiss all claims against them pursuant to Rule 12(b)(6), Fed. R. Civ. P. (Doc. 12). The court entered a submission order allowing Plaintiffs to file an opposition or other response (doc. 13), but they failed to do so. On November 10, 2011, the court entered a report and recommendation providing that the motion to dismiss is due to be granted. (Doc. 18). Plaintiffs filed objections to the report and recommendation on November 29, 2011 (doc. 19), and GMAC and Homecomings have filed a response to Plaintiff's objections. (Doc. 20).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed the plaintiffs, the court finds the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.

Plaintiffs' objections are OVERRULED.  The defendants' motion to dismiss (doc. 12) is GRANTED.  As a result, all claims against Homecomings Financial, LLC f/k/a Homecomings Financial Network, Inc. and against GMAC Mortgage, LLC are hereby DISMISSED WITH PREJUDICE.

DONE and ORDERED this 30th day of January, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE